**UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO**

**JIMMY RODRIGUEZ,**

      **Plaintiff,**

**v.**                                                                                    **No.**

**THE CITY OF SUNLAND PARK, NM;
and BRIAN FERNANDEZ,**

      **Defendants.**

## NOTICE OF REMOVAL

COMES NOW Defendants, by and through their attorneys of record, Atwood, Malone, Turner & Sabin, P.A., by Bryan Evans and Jacqueline Miller, and hereby remove this Cause from the District Court of Dona Ana County, Third Judicial District Court, State of New Mexico, to the United States District Court for the District of New Mexico, on the grounds that Plaintiff's Civil Complaint creates federal question jurisdiction. In support of this removal, Removing Defendants state:

1. On December 22, 2025, in a civil action bearing Cause No. 307-CV-2025-02029, with the same case style as shown herein, a First Amended Complaint was filed in the District Court of Dona Ana County, Third Judicial District, State of New Mexico.

1

2.      The action stated in Plaintiff's First Amended Complaint is a civil action for which the United States District Court has original jurisdiction, due to the federal cause of action asserted therein.   28 U.S.C. §1331.

3.      This Court has jurisdiction over Plaintiff's cause of action pursuant to 28 U.S.C. §1441(a), which makes removable any civil action for which the district courts have original jurisdiction founded on a claim or right arising under the laws of the United States.

4.      The First Amended Complaint asserting federal relief was filed on December 22, 2025.  Therefore, this Notice of Removal is timely filed, as it is within 30 days of Plaintiff's service of a pleading upon a defendant which purports to assert relief under federal law, as set forth in paragraph 2 above, and is timely filed pursuant to the terms of 28 U.S.C. §1446(b).

5.       The time in which Removing Defendant is required to answer Plaintiff's Complaint by the laws of the State of New Mexico has not yet expired.

6.      Removing Defendant is represented by Bryan Evans and Jacqueline Miller of Atwood, Malone, Turner & Sabin, P.A. of Roswell, New Mexico.

7.      Venue is properly placed in the United States District Court for the District of New Mexico because it is the district court for the district within which the action is pending, in accordance with 28 U.S.C. §1446(a).

8.      A copy of the First Amended Civil Complaint is attached hereto as Exhibit "A".

9.      Removing Defendants shall promptly file a copy of this Notice of Removal with the Clerk of the District Court of Dona Ana County, Third Judicial District, State of New Mexico, thereby effecting removal as provided in 28 U.S.C. §1446(d).

2

WHEREFORE, Removing Defendants pray that Cause No. D-307-CV-2025-02029, currently pending in the District Court of Dona Ana County, Third Judicial District, State of New Mexico, be removed into this Court for trial and determination as provided by law.

Respectfully submitted,

ATWOOD, MALONE, TURNER & SABIN, P.A.

By **Electronically Filed on January 5, 2026**

Bryan Evans
Jacqueline Miller
P.O. Drawer 700
Roswell, NM 88202-0700
(575) 622-6221
*Attorneys for Defendants*

I HEREBY CERTIFY that on January 5, 2026, I filed the foregoing instrument electronically through the CM/ECF system, which caused all parties of record to be served by electronic means, as more fully reflected on the *Notice of Electronic Filing* and I also hereby certify that the foregoing instrument was mailed to Plaintiff Pro Se.

*Electronically Filed on 01/05/2026*
Bryan Evans

3